FILED'09 APR 09 11:25 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATY J. DAHM,                                    Civil No. 08-3005-AA

      Plaintiff,                             ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

      Defendant.
_____

AIKEN, Chief Judge:

    Plaintiff moves for an award of costs under 28 U.S.C. § 1920 and attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has no objection. Accordingly, plaintiff's Motion to Award Fees and Costs (doc. 22) is GRANTED, and plaintiff is awarded $7.82 in costs and $4,518.64 in attorney fees.

IT IS SO ORDERED.

    DATED this 8 day of April, 2009.

                        /s/ Ann Aiken
                        Ann Aiken
                United States Chief District Judge

1 - ORDER